NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC.,**
*Petitioner,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-7011

---

On petition for review pursuant to 38 U.S.C. Section 502.

---

## ON MOTION

---

## O R D E R

The Secretary of Veterans Affairs moves for a 60-day extension of time, until January 31, 2011, to file the certified list.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  The petitioner should calculate the due date for its brief from the date of service of the certified list.

FOR THE COURT

<u>DEC 1 4 2010</u>                    <u>/s/ Jan Horbaly</u>
Date                                  Jan Horbaly
                                      Clerk

cc:  Douglas J. Rosinski, Esq.
     Michael Goodman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK